**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ANTON KSENOFONTOV | CIVIL ACTION NO. 26-1398 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DHS, ET AL. | MAGISTRATE JUDGE PEREZ-MONTEZ |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) filed by Petitioner Anton Ksenofontov ("Petitioner") is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents must release Petitioner as soon as reasonably possible and must notify the Court of Petitioner's release within 24 hours of Petitioner's release via email: motions_hicks@lawd.uscourts.gov.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 19th day of October, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE